MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

ASHLEY EICKHOF, Law Clerk

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 14-00603 MAG |
| ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER TO SET INITIAL APPEARANCE AND ARRAIGNMENT |
| ) | |
| LARRY SCOTT GITTINGS, ) | |
| ) | |
| Defendant. ) | |

On November 25, 2014, the defendant in this case was charged by Information with Theft of Public Property, a Class A Misdemeanor, in violation of 18 U.S.C. § 641. The defendant is not in custody and is represented by retained counsel.

The government provided a copy of the charging document to defense counsel and all parties are available and prepared to appear for an initial appearance on the Information on December 17, 2014, at 9:30 a.m., before the Duty Magistrate Judge, the Honorable Kandis A. Westmore.

CR 14-00603 MAG
STIP. AND PROP. ORDER TO SET     1

The parties therefore jointly request that this matter be put on the Court's calendar for initial appearance and arraignment on December 17, 2014, at 9:30 a.m.

DATED: November 28, 2014        Respectfully submitted,

_/s/_____
BRIGID S. MARTIN
Assistant United States Attorney


_/s/_____
KENNETH KREBS
Counsel for Mr. Gittings

**[PROPOSED] ORDER**

Based on the representations of the parties set forth above, for good cause shown, the Court hereby GRANTS the parties Stipulation to set the initial appearance in this case. The initial appearance is HEREBY SET for December 17, 2014, at 9:30 a.m. before this Court.

IT IS SO ORDERED.

_Kandis Westmore_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

DATED: 12/2_____, 2014

CR 14-00603 MAG
STIP. AND PROP. ORDER TO SET        2